FILED

03/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE STATE OF MONTANA
CASE NO.: DA 23-0575

Rikki Held, et al.,

Plaintiffs/Appellees,

-vs-

State of Montana, et al.,

Defendants/Appellants.

_____

**ORDER GRANTING THE FORMER JUSTICES' MOTION FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF**
_____

Pursuant to the Unopposed Motion by the Former Justices for leave to file an

*Amicus Curiae* Brief and good cause appearing,

IT IS HEREBY ORDERED that said parties shall file their Amicus brief on

or before March 14, 2024.

Electronically dated and signed below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 12 2024